**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **GUSIR BOYER-WHITE** | : | |
| | : | **CIVIL ACTION** |
| **v.** | : | **No. 25-6549** |
| | : | |
| **THE DISTRICT ATTORNEY OF** | : | |
| **THE COUNTY OF CHESTER,** ***et al.*** | : | |

**ORDER**

This 25th day of August, 2026, upon careful and independent consideration of the petition for a writ of habeas corpus, available state court records, and after review of the Report and Recommendation of United States Magistrate Judge Katayoun M. Copeland, it is hereby **ORDERED** that:

1. The Report and Recommendation is **APPROVED** and **ADOPTED**;

2. The petition for a writ of habeas corpus is **DISMISSED WITHOUT PREJUDICE**;

3. A certificate of appealability **SHALL NOT** issue, in that the Petitioner has not made a substantial showing of the denial of a constitutional right nor demonstrated that a reasonable jurist would debate the correctness of this ruling. *See* 28 U.S.C. § 2253(c)(2); *Slack v. McDaniel*, 529 U.S. 473, 484 (2000); and

4. The Clerk of the Court shall mark this case **CLOSED** for statistical purposes.

/s/ Gerald Austin McHugh
United States District Judge